# Exhibit 3

| Infringement Claim Chart for U.S. Pat. No. US7023979B1 v. Sprinklr Inc. ("Defendant") |
| --- |

| Claims | Evidence |
| --- | --- |
| 10. A communications method comprising: | The Sprinklr Customer Service system performs a method for communicating in a communication network.<br><br>For example, the Sprinklr Service system performs a method of communicating by establishing, over a communication network, a call between a caller with a request and a call center agent. The Sprinklr Customer Service system runs on Sprinklr (CCaaS - Call Center as a Service).<br><br>**Contact Information**<br><br>**Investor Relations**<br>ir@sprinklr.com<br><br>**Company Contact**<br>Sprinklr, Inc.<br>441 9th Ave.<br>12th Floor<br>New York, NY 10001<br>T: 917-933-7800<br>info@sprinklr.com<br><br>Source: https://investors.sprinklr.com/company-information |



Source: https://www.sprinklr.com/contact-us/

| (a) receiving a plurality of communications, each having associated classification information. | The Sprinklr Customer Service system receives a plurality of communications, each having associated classification information.<br><br>For example, the Sprinklr Customer Service system receives calls from multiple callers. For each call, the caller provides information about the nature of the call via keypad entry or Interactive Voice Response (IVR). The information provided by the caller is used to classify the call.<br><br><br><br>Source: https://investors.sprinklr.com/company-information<br><br>CONVERSATIONAL IVR SOFTWARE<br><br>**Reduce costs by deflecting up to 70% of inbound calls with AI-powered conversational IVR**<br><br>Empower customers to resolve issues on their own with Sprinklr's Conversational IVR. Route calls to the right agents to boost efficiency and reduce service costs at scale. |

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/



**What are the benefits of using conversational IVR software for businesses?**

Let's look at the benefits of using conversational IVR software for businesses:

- It's adept at decoding natural language, which helps to accurately identify and resolve customer queries with less to-and-fro

- It takes on routine inquiries, significantly reducing the burden on live chat support while improving call containment and deflection

- It reduces call abandonment as more customers are able to successfully interact with IVR and get their queries resolved instead or dropping the call out of frustration or confusion

- It targets potential customers effectively through personalized outreach, showing an uptick in sales and upsell numbers

- It uses conversation analytics to catch on trends and sentiments and guide smarter tweaks to products and marketing approaches

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/



**Maximize customer retention with automated callbacks**

Automatically trigger callbacks to customers who drop off during the IVR journey. Facilitate effective re-engagement by scheduling outreach at the ideal time — for your team and customers.

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/

| AI-Powered Routing | Skill-Based Routing | Dynamic Capacity Management |

**Route queries to the most proficient agents**

Identify the required skills for a query and route it to the most qualified agent. Set up round robin and quota-based assignment rules to improve your workforce utilization.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/



Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

| | Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/ |
|---|---|
| (b) storing information representing characteristics of a plurality of potential targets; | The Sprinklr Customer Service system maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, the Sprinklr Customer Service system stores information about the skills possessed by agents who are potential targets of the call.<br><br>AI-Powered Routing    **Skill-Based Routing**    Dynamic Capacity Management<br><br>**Route queries to the most proficient agents**<br><br>Identify the required skills for a query and route it to the most qualified agent. Set up round robin and quota-based assignment rules to improve your workforce utilization.<br><br>Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/ |

**Identify the right agent for every conversation with AI**

Use Sprinklr AI to dynamically assign cases to the best-suited agent based on factors like past interactions, performance, CSAT, skills, and availability to maximize your business outcomes.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

UNIFIED OMNICHANNEL ROUTING

**Improve resolution time by up to 30% using AI-powered omnichannel routing**

Seamlessly match every customer interaction across 30+ channels with the best-suited agent to deliver faster, more effective resolutions.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

| | |
|---|---|
| (c) determining an optimum target for each communication | The Sprinklr Customer Service system determines an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets. For example, the Sprinklr Customer Service system analyses information provided by a |

| | |
|---|---|
| based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets; and | caller to determine one or more skills that an agent should possess to help the caller. To run at peak performance, the system considers multiple variables such as call queue length, number of available agents, average length of call, and agent skillsets when selecting an agent to connect with the caller. Sprinklr employs numerous agents, at least three of which possess the skills set required by the caller.  Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/ |



Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

### New Call Event Types in IVR

Introducing the addition of new call event types in the IVR system to implement customized actions when these call events are triggered. These call events can be used to perform following actions:

- **Updating Agent Status**: Automatically change the status of an agent based on specific call events. For example, if a call is missed, the agent's status can be updated to "Unavailable."
- **Updating Skills**: Modify the skills associated with an agent depending on the call event. This can help in dynamically adjusting the agent's skill set to better handle future calls.
- **Tagging Custom Fields**: Add custom tags or labels to calls based on the events. This can include tagging calls as "High Priority" if they were missed or "Follow-Up Required" if the offer was rejected.

Source: https://www.sprinklr.com/help/articles/how-to-setup-business-logic/configure-wait-time-queue-ivr/63f30da1e024591337249e0c

10

| | |
|---|---|
| | **Configure Wait Time Queue IVR**<br><br>Updated 12 hours ago<br><br>The Wait Time Queue IVR helps you manage customer calls when all agents are busy. Instead of leaving callers on hold without updates, the IVR guides them with clear options and information.<br><br>With this setup, customers can:<br><ul><li>Hear their estimated wait time.</li><li>Request a callback.</li><li>Switch to another channel, such as chat or email.</li><li>Receive updates about their place in the queue.</li></ul><br>You can also configure nodes to capture callback requests and send notifications across channels, ensuring customers stay engaged while waiting.<br><br>Source: https://www.sprinklr.com/help/articles/how-to-setup-business-logic/configure-wait-time-queue-ivr/63f30da1e024591337249e0c |
| (d) routing the communication to the optimum target, | The Sprinklr Customer Service system routes the communication to the optimum target.<br><br>For example, upon determining, as the optimum target, the agent to which the caller should be connected, the Sprinklr Customer Service system routes the call to that agent. |



Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

12

**Maximize customer retention with automated callbacks**

Automatically trigger callbacks to customers who drop off during the IVR journey. Facilitate effective re-engagement by scheduling outreach at the ideal time — for your team and customers.

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/

| | |
|---|---|
| said determining step and said routing step being performed within a common operating environment. | The Sprinklr Customer Service system performs the determination and the routing steps within a common operating environment.<br><br>For example, the Sprinklr Customer Service System is implemented as a cloud-based software platform that runs on Amazon Web Services (AWS) Servers. AWS is hosted in cloud communication environment, which is a common operating environment. |

**Unified Platform leveraging AWS**

Sprinklr offers a revolutionary Unified Front Office that enables public sector organizations to delight their customers by connecting with them on the modern channels of their choice, and with a unified view of their interactions across marketing, advertising, research, care, and engagement.

Sprinklr leverages AWS technology that enables scalable, flexible, and cost-effective solutions from startups to global enterprises. To support the seamless integration and deployment of these solutions, AWS established the AWS Competency Program to help customers identify Consulting and Technology APN Partners with deep industry experience and expertise.

Source: https://www.sprinklr.com/aws-public-sector/

14



Source: https://www.sprinklr.com/aws-public-sector/



Source : https://aws.amazon.com/marketplace/pp/prodview-kuaeqjpa5hanu?sr=0-1&ref_=beagle&applicationId=AWSMPContessa

| Claims | Evidence |
|---|---|
| 11. The method according to claim 10, wherein the determination and routing employ a common message queue in an operating system. | The Sprinklr Customer Service system employs a common message queue in an operating system when performing the determination and routing.<br><br>For example, the Sprinklr Customer Service system is implemented on Sprinklr the (CCaaS – Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in a cloud communication environment under the control of a common operating system. In AWS, application communications are routed via messages passed through a common message queue.<br><br><br><br>Source : https://aws.amazon.com/marketplace/pp/prodview-kuaeqjpa5hanu?sr=0-1&ref_=beagle&applicationId=AWSMPContessa |

17

## Unified Platform leveraging AWS

Sprinklr offers a revolutionary Unified Front Office that enables public sector organizations to delight their customers by connecting with them on the modern channels of their choice, and with a unified view of their interactions across marketing, advertising, research, care, and engagement.

Sprinklr leverages AWS technology that enables scalable, flexible, and cost-effective solutions from startups to global enterprises. To support the seamless integration and deployment of these solutions, AWS established the AWS Competency Program to help customers identify Consulting and Technology APN Partners with deep industry experience and expertise.

Source: https://www.sprinklr.com/aws-public-sector/



Source: https://www.sprinklr.com/aws-public-sector/

19

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services