# Exhibit 4

| Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. Sprinklr Inc. ("Defendant") |
|---|

Claim 1 is not being asserted but is charted for the purpose of asserting claim 9, which depends on claim 1.

| Claims | Evidence |
|---|---|
| 1. A method for matching a first subset selected from a plurality of first entities with a second subset selected from a plurality of second entities, comprising: | The Sprinklr Customer Service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Sprinklr Customer Services system matches a caller, which is the first subset of multiple first entities, to a call center agent, which is the second subset of multiple second entities. The Sprinklr Customer Service system runs on Sprinklr (CCaaS - Contact Center as a Service).<br><br>**Contact Information**<br><br>**Investor Relations**<br>ir@sprinklr.com<br><br>**Company Contact**<br>Sprinklr, Inc.<br>441 9th Ave.<br>12th Floor<br>New York, NY 10001<br>T: 917-933-7800<br>info@sprinklr.com<br><br>Source: https://investors.sprinklr.com/company-information |



Source: https://www.sprinklr.com/contact-us/

| | |
|---|---|
| storing in a memory a plurality of multivalued scalar data representing inferential targeting parameters for the first subset; | The Sprinklr Customer Service system stores a plurality of multivalued scalar data representing inferential targeting parameters for the first subset.<br><br>For example, the Sprinklr Customer Service system uses one or more of: interactive voice response (IVR), keypad menus, and caller identification information to determine the nature of a call and thereby, the required characteristics of a call center agent to help the caller. This information is represented by a plurality of multivalued scalar data, which are stored and used by the system as target parameters to match the caller to an appropriate call center agent.<br><br>**Contact Information**<br><br>**Investor Relations**<br>ir@sprinklr.com<br><br>**Company Contact**<br>Sprinklr, Inc.<br>441 9th Ave.<br>12th Floor<br>New York, NY 10001<br>T: 917-933-7800<br>info@sprinklr.com<br><br>Source: https://investors.sprinklr.com/company-information |

**What are the benefits of using conversational IVR software for businesses?**

Let's look at the benefits of using conversational IVR software for businesses:

- It's adept at decoding natural language, which helps to accurately identify and resolve customer queries with less to-and-fro

- It takes on routine inquiries, significantly reducing the burden on live chat support while improving call containment and deflection

- It reduces call abandonment as more customers are able to successfully interact with IVR and get their queries resolved instead or dropping the call out of frustration or confusion

- It targets potential customers effectively through personalized outreach, showing an uptick in sales and upsell numbers

- It uses conversation analytics to catch on trends and sentiments and guide smarter tweaks to products and marketing approaches

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/

**Maximize customer retention with automated callbacks**

Automatically trigger callbacks to customers who drop off during the IVR journey. Facilitate effective re-engagement by scheduling outreach at the ideal time — for your team and customers.

4

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/

**Reduce costs by deflecting up to 70% of inbound calls with AI-powered conversational IVR**

Empower customers to resolve issues on their own with Sprinklr's Conversational IVR. Route calls to the right agents to boost efficiency and reduce service costs at scale.

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/



AI-Powered Routing | **Skill-Based Routing** | Dynamic Capacity Management

**Route queries to the most proficient agents**

Identify the required skills for a query and route it to the most qualified agent. Set up round robin and quota-based assignment rules to improve your workforce utilization.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

| | |
|---|---|
| storing in the memory a plurality of multivalued scalar data of each of the plurality of second entities, representing respective characteristic parameters for each respective second entity; | The Sprinklr Customer Service system stores a plurality of multivalued scalar data, representing characteristic parameters, for each of the second entities.<br><br>For example, the Sprinklr Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include skills and respective skill levels. The agent characteristics are used by the system to match the caller to an appropriate call center agent.<br><br><br><br>Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/ |

**Identify the right agent for every conversation with AI**

Use Sprinklr AI to dynamically assign cases to the best-suited agent based on factors like past interactions, performance, CSAT, skills, and availability to maximize your business outcomes.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

UNIFIED OMNICHANNEL ROUTING

**Improve resolution time by up to 30% using AI-powered omnichannel routing**

Seamlessly match every customer interaction across 30+ channels with the best-suited agent to deliver faster, more effective resolutions.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

| performing, | The Sprinklr Customer Service system with intelligent routing performs, using an |

7

| | |
|---|---|
| using an automated processor, an optimization with respect to at least an economic surplus of a respective mutually exclusive match of the first subset with the second subset, and an opportunity cost of the unavailability of the second subset for matching with an alternate subset of the plurality of first entities; and | automated processor and based on at least the stored plurality of multivalued scalar data, an Economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics and the respective characteristics of multiple call center agents, the Sprinklr Customer Service system selects an appropriate agent for helping the caller. This selection is made by making, for each of the multiple agents, a cost-benefit determination of a prospective matching of the caller with a given agent. The cost-benefit for the prospective match is based on the benefits of a close matching of the characteristics, and the costs of factors such as call queue length, number of available agents, and average call length, that affect the performance of the system. This prospective match is mutually exclusive in the sense that the caller is assigned only to that agent and the agent to only that caller for the duration of their call. Therefore, the cost-benefit determination also accounts for the fact that the agent cannot handle other calls while handling this call, which reflects an opportunity cost. The system matches the caller to the agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called economic surplus.<br><br> |

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

**Identify the right agent for every conversation with AI**

Use Sprinklr AI to dynamically assign cases to the best-suited agent based on factors like past interactions, performance, CSAT, skills, and availability to maximize your business outcomes.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

**Maximize customer retention with automated callbacks**

Automatically trigger callbacks to customers who drop off during the IVR journey. Facilitate effective re-engagement by scheduling outreach at the ideal time — for your team and customers.

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/

## Configure Wait Time Queue IVR

Updated 12 hours ago

The Wait Time Queue IVR helps you manage customer calls when all agents are busy. Instead of leaving callers on hold without updates, the IVR guides them with clear options and information.

With this setup, customers can:

- Hear their estimated wait time.
- Request a callback.
- Switch to another channel, such as chat or email.
- Receive updates about their place in the queue.

You can also configure nodes to capture callback requests and send notifications across channels, ensuring customers stay engaged while waiting.

Source: https://www.sprinklr.com/help/articles/how-to-setup-business-logic/configure-wait-time-queue-ivr/63f30da1e024591337249e0c

The Wait Time Queue IVR in Sprinklr provides a robust solution for managing customer expectations and enhancing their experience while they wait in the queue. By configuring options such as waiting music, callback scheduling, and channel deflection, businesses can effectively communicate with customers, reduce frustration, and improve overall satisfaction.

| | |
|---|---|
| | Source: https://www.sprinklr.com/help/articles/how-to-setup-business-logic/configure-wait-time-queue-ivr/63f30da1e024591337249e0c<br><br>**Reduce costs by deflecting up to 70% of inbound calls with AI-powered conversational IVR**<br><br>Empower customers to resolve issues on their own with Sprinklr's Conversational IVR. Route calls to the right agents to boost efficiency and reduce service costs at scale.<br><br>Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/ |
| outputting a signal in dependence on the optimization. | The Sprinklr Customer Service system outputs a signal in dependence on the optimization.<br><br>For example, the Sprinklr Customer Service system generates and outputs a signal for connecting the caller with the matched agent.<br><br>**Identify the right agent for every conversation with AI**<br><br>Use Sprinklr AI to dynamically assign cases to the best-suited agent based on factors like past interactions, performance, CSAT, skills, and availability to maximize your business outcomes.<br><br>Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/ |



Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

Claim 9 is being asserted.

| Claims | Evidence |
|---|---|
| 9. The method according to claim 1, wherein the automated processor executes under control of a software operating system having a message queue, wherein the automated processor communicates with a communication router controlled by the automated processor under the control of the operating system responsive to the signal via messages | The automated processor executes under the control of an operating system that has a message queue. In response to the signal that is output as a result of the optimization, the automated processor communicates with a communication router via messages passed through the message queue to effect control over the communication router.<br><br>For example, the Sprinklr Customer Service system platform is implemented as a cloud-based service platform, which runs on Amazon Web Services (AWS) servers. AWS is hosted in a cloud communication environment, thereby providing a common operating environment for the execution of applications under the control of an operating system. In AWS, application communications are routed via messages passed through a managed message queue.<br><br>**Sprinklr + Amazon Web Services for Public Sector**<br><br>Sprinklr offers solutions for Citizen Experience Management powered by AWS.<br><br>Sprinklr leverages AWS technology that enables scalable, flexible, and cost-effective solutions from startups to global enterprises. To support the seamless integration and deployment of these solutions, AWS established the AWS Competency Program to help customers identify Consulting and Technology APN Partners with deep industry experience and expertise. |

| | |
|---|---|
| passed through the message queue. | Source: https://www.sprinklr.com/aws-public-sector/ <br><br>  <br><br> Source: https://www.sprinklr.com/aws-public-sector/ |



Source : https://aws.amazon.com/marketplace/pp/prodview-kuaeqjpa5hanu?sr=0-1&ref_=beagle&applicationId=AWSMPContessa

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services

15

Claim 11 is not being asserted but is charted for the purpose of asserting claim 18, which depends on claim 11.

| Claims | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Sprinklr Customer Service system performs a method of matching a first entity with a second entity.<br><br>For example, the Sprinklr Customer Services system matches a caller, which is the first entity, to a call center agent, which is the second entity. Sprinklr Customer Service system runs on Sprinklr generative Contact center Service Cloud.<br><br>**Contact Information**<br><br>**Investor Relations**<br>ir@sprinklr.com<br><br>**Company Contact**<br>Sprinklr, Inc.<br>441 9th Ave.<br>12th Floor<br>New York, NY 10001<br>T: 917-933-7800<br>info@sprinklr.com<br><br>Source: https://investors.sprinklr.com/company-information |



Source: https://www.sprinklr.com/contact-us/

17

| | |
|---|---|
| storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | The Sprinklr Customer Service system stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.<br><br>For example, the Sprinklr Customer Services system uses one or more of: interactive voice response (IVR), keypad menus, and caller identification to determine the nature of a call and thereby, the required characteristics of a call center to help the caller. This information is represented by a plurality of multivalued scalar data, which are stored and used by the system as target parameters for matching the caller to an appropriate call center agent.<br><br><br><br>Source: https://investors.sprinklr.com/company-information |

**What are the benefits of using conversational IVR software for businesses?**

Let's look at the benefits of using conversational IVR software for businesses:

- It's adept at decoding natural language, which helps to accurately identify and resolve customer queries with less to-and-fro

- It takes on routine inquiries, significantly reducing the burden on live chat support while improving call containment and deflection

- It reduces call abandonment as more customers are able to successfully interact with IVR and get their queries resolved instead or dropping the call out of frustration or confusion

- It targets potential customers effectively through personalized outreach, showing an uptick in sales and upsell numbers

- It uses conversation analytics to catch on trends and sentiments and guide smarter tweaks to products and marketing approaches

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/

**Maximize customer retention with automated callbacks**

Automatically trigger callbacks to customers who drop off during the IVR journey. Facilitate effective re-engagement by scheduling outreach at the ideal time — for your team and customers.

19

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/



**Reduce costs by deflecting up to 70% of inbound calls with AI-powered conversational IVR**

Empower customers to resolve issues on their own with Sprinklr's Conversational IVR. Route calls to the right agents to boost efficiency and reduce service costs at scale.

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/

| AI-Powered Routing | Skill-Based Routing | Dynamic Capacity Management |

**Route queries to the most proficient agents**

Identify the required skills for a query and route it to the most qualified agent. Set up round robin and quota-based assignment rules to improve your workforce utilization.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

20

| | |
|---|---|
| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | The Sprinklr Customer Service system stores a plurality of multivalued scalar data, representing inferential targeting parameters, for each of the plurality of second entities.<br><br>For example, the Sprinklr Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include skills and respective skill levels. The agent characteristics are represented by a plurality of multivalued scalar data and are used by the system as targeting parameters for matching the caller to an appropriate call center agent.<br><br><br><br>Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/ |

**Identify the right agent for every conversation with AI**

Use Sprinklr AI to dynamically assign cases to the best-suited agent based on factors like past interactions, performance, CSAT, skills, and availability to maximize your business outcomes.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

UNIFIED OMNICHANNEL ROUTING

**Improve resolution time by up to 30% using AI-powered omnichannel routing**

Seamlessly match every customer interaction across 30+ channels with the best-suited agent to deliver faster, more effective resolutions.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

| | |
|---|---|
| performing using an | The Sprinklr Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, |

| automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | an Economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics and the respective characteristics of multiple call center agents, the Sprinklr Customer Service system selects an appropriate agent for helping the caller. This selection is made by making, for each of the multiple agents, a cost-benefit determination of a prospective matching of the caller with a given agent. The cost-benefit for the prospective match is based on the benefits of a close matching of the characteristics, and the costs of factors such as call queue length, number of available agents, and average call length, that affect the performance of the system. This prospective match is mutually exclusive in the sense that the caller is assigned only to that agent and the agent to only that caller for the duration of their call. Therefore, the cost-benefit determination also accounts for the fact that the agent cannot handle other calls while handling this call, which reflects an opportunity cost. The system matches the caller to the agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called economic surplus.<br><br> |

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

**Identify the right agent for every conversation with AI**

Use Sprinklr AI to dynamically assign cases to the best-suited agent based on factors like past interactions, performance, CSAT, skills, and availability to maximize your business outcomes.

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

**Maximize customer retention with automated callbacks**

Automatically trigger callbacks to customers who drop off during the IVR journey. Facilitate effective re-engagement by scheduling outreach at the ideal time — for your team and customers.

Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/

24

**Configure Wait Time Queue IVR**

Updated 12 hours ago

The Wait Time Queue IVR helps you manage customer calls when all agents are busy. Instead of leaving callers on hold without updates, the IVR guides them with clear options and information.

With this setup, customers can:

- Hear their estimated wait time.
- Request a callback.
- Switch to another channel, such as chat or email.
- Receive updates about their place in the queue.

You can also configure nodes to capture callback requests and send notifications across channels, ensuring customers stay engaged while waiting.

Source: https://www.sprinklr.com/help/articles/how-to-setup-business-logic/configure-wait-time-queue-ivr/63f30da1e024591337249e0c

The Wait Time Queue IVR in Sprinklr provides a robust solution for managing customer expectations and enhancing their experience while they wait in the queue. By configuring options such as waiting music, callback scheduling, and channel deflection, businesses can effectively communicate with customers, reduce frustration, and improve overall satisfaction.

Source: https://www.sprinklr.com/help/articles/how-to-setup-business-logic/configure-

25

| | |
|---|---|
| | wait-time-queue-ivr/63f30da1e024591337249e0c<br><br>**Reduce costs by deflecting up to 70% of inbound calls with AI-powered conversational IVR**<br><br>Empower customers to resolve issues on their own with Sprinklr's Conversational IVR. Route calls to the right agents to boost efficiency and reduce service costs at scale.<br><br>Source: https://www.sprinklr.com/products/customer-service/conversational-ivr/ |
| outputting a signal in dependence on the optimization. | The Sprinklr Customer Service system outputs a signal in dependence on the optimization.<br><br>For example, the Sprinklr Customer Service system generates and outputs a signal for connecting the caller with the matched agent.<br><br>**Identify the right agent for every conversation with AI**<br><br>Use Sprinklr AI to dynamically assign cases to the best-suited agent based on factors like past interactions, performance, CSAT, skills, and availability to maximize your business outcomes.<br><br>Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/ |



Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

Source: https://www.sprinklr.com/products/customer-service/omnichannel-routing/

Claim 18 is being asserted.

| Claims | Evidence |
| --- | --- |

| 18. The method according to claim 11, wherein signal comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over a routing of a communication. | The signal that is output in dependence upon the optimization comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over the routing of communication. For example, the Sprinklr Customer Service system platform is implemented on Sprinklr (Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in cloud communication environment i.e., common operating environment under the control of an operating system. In AWS, application communications are routed via messages passed through a managed message queue. |
|---|---|

**Sprinklr + Amazon Web Services for Public Sector**

Sprinklr offers solutions for Citizen Experience Management powered by AWS.

Sprinklr leverages AWS technology that enables scalable, flexible, and cost-effective solutions from startups to global enterprises. To support the seamless integration and deployment of these solutions, AWS established the AWS Competency Program to help customers identify Consulting and Technology APN Partners with deep industry experience and expertise.

Source: https://www.sprinklr.com/aws-public-sector/



Source: https://www.sprinklr.com/aws-public-sector/



Source : https://aws.amazon.com/marketplace/pp/prodview-kuaeqjpa5hanu?sr=0-1&ref_=beagle&applicationId=AWSMPContessa

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services