**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| PATENT ARMORY INC., | |
| Plaintiff, | Civil Action No. 7:26-cv-00171-DC-DTG |
| v. | JURY TRIAL DEMANDED |
| SPRINKLR, INC., | |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO COMPLAINT

Defendant Sprinklr, Inc. ("Sprinklr") respectfully moves the Court for an extension of time to respond to Plaintiff Patent Armory Inc.'s ("Patent Armory") Complaint to and including June 6, 2026.

1. On April 24, 2026, Plaintiff filed its Complaint against Defendant (Dkt. 1).

2. On April 30, 2026, the Complaint was served on Defendant's Registered Agent (Dkt. 8).

3. The current deadline for Defendant to answer, move, or otherwise respond to the Complaint is May 21, 2026.

4. Pursuant to Rule CV-7(g), counsel for Sprinklr reached out to counsel for Patent Armory on May 4, 2026 to request this continuance of 45 days to answer or otherwise respond to the Complaint. Plaintiff does not oppose Defendant's motion to extend the time for Defendant to answer, move, or otherwise respond to the Complaint to and including July 6, 2026.

Dated: May 4, 2026

Respectfully submitted,

/s/ Joseph A. Loy

Jeanne M. Heffernan
TBN 24128395
KIRKLAND & ELLIS LLP
401 West 4th Street
Austin, TX 78701
(512) 678-9100
jheffernan@kirkland.com

Joseph A. Loy, P.C.
NY SBN 4300042 (admitted to W.D. Tex.)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4980
joseph.loy@kirkland.com

**Attorneys for Defendants Sprinklr, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on May 4, 2026 with a copy of this document via the Court's CM/ECF system.

/s/ Joseph A. Loy
Joseph A. Loy

2